board of elections is directed to print the names of the candidates in said districts on the official primary ballot; order, in so far as it applies to the 22nd election district, unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SAMUEL KANTOR, Petitioner, Appellant, against IRVING KRISBERG and Others, S. HOWARD COHEN and Others, as Commissioners of the Board of Elections, MEYER ALTERMAN, as Committee on Vacancies on the Alterman-Solomon Petitions, 17th Assembly District, West Side, New York County Democratic 18th, 21st, 22nd, 23rd, 28th and 34th Election Districts, Respondents.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of HARRY C. ABSALOM and Others, Appellants, against S. HOWARD COHEN and Others, as Commissioners of the Board of Elections, and MEYER ALTERMAN and Others, as Committee on Vacancies in the Solomon-Alterman Petitions, 17th Assembly District, New York County, 27th Election District, Respondents.— Order unanimously reversed and the board of elections is directed to print the names of the designees for county committeemen in the Gates petition in the 27th election district of the 17th Assembly district, New York county, on the official primary ballot. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM A. LE ROY, Appellant, a Candidate Aggrieved, Individually and in Behalf of Others, Similarly Designated as Candidates for the Party Positions of Democratic County Committeemen in the Various Election Districts of the 9th Assembly District, New York County, for an Order Declaring Null and Void the So-called Petition Purporting to Designate Certain Named Persons, etc., in the Ninth Assembly District, New York County, which Said Petition Contains the Names of John H. Conroy, Elizabeth Hess and Ralph W. Long, as Members of the Committee to Fill Vacancies.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM A. LE ROY, Appellant, a Candidate Aggrieved, Individually and in Behalf of Others Similarly Designated as Candidate for Party Positions of Democratic County Committeemen in the Sixty-three Election Districts of the 9th Assembly District, New York County, etc., against S. HOWARD COHEN and Others, etc., and THOMAS F. CUNNINGHAM, Respondents.— Order unanimously affirmed. (See memorandum in *Matter of Cunningham, post*, p. 1071), decided herewith. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of WILLIAM A. LE ROY, Appellant, a Candidate Aggrieved, Individually and in Behalf of Others Similarly Designated as Candidate for the Party Positions of Democratic County Committeemen in the Various Election Districts of the 9th Assembly District, New York County, re John H. Conroy, Elizabeth Hess and Ralph W. Long, as Members of the Committee to Fill Vacancies.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THOMAS F. CUNNINGHAM, Respondent, for the Determination by the Court as to the Petition or Certificate Purporting to Designate Certain Named Persons for the Party Position of County Com-